IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CITIZENS FEDERAL BANK,
A FEDERAL SAVINGS BANK, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No 92-656C
Hon. Judge George Miller

**NOTICE OF CHANGE OF ADDRESS**

Counsel for plaintiffs, Charles J. Cooper and David H. Thompson of Cooper & Kirk, PLLC, hereby provide notice to the Court and all parties that their mailing address has changed. All telephone numbers and e-mail addresses for counsel remain unchanged. The new mailing address is as follows:

Cooper & Kirk, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036

The new facsimile number is as follows:

(202) 220-9605

August 23, 2007

Respectfully Submitted,

/s/ Charles J. Cooper
Charles J. Cooper
David H. Thompson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, DC 20036
(202) 220-9600

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August 2007, I caused to be served via the court's electronic delivery system a copy of the foregoing upon the following counsel:

Delisa Sanchez, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Attn: Classification Unit – 8th Floor
Washington, DC 20530

/s/ Jeffrey A. Bartlett

Jeffrey A. Bartlett